# CERTIFICATION OF VITAL RECORD

## State of New Hampshire

### CERTIFICATE OF DEATH

FILE # 2023010489



| | |
|---|---|
| FULL NAME OF DECEASED | MICHELE TOWLE |
| DATE OF DEATH | OCTOBER 05, 2023 |
| TIME OF DEATH | 04:17 PM |
| | AGE 68 YRS   SEX FEMALE |
| DATE OF BIRTH | [REDACTED] 1955 |
| BIRTHPLACE | EXETER, NEW HAMPSHIRE |
| MOTHER'S/PARENT'S NAME | JOANNE LEPAGE (WOOLDRIDGE) |
| FATHER'S/PARENT'S NAME | CARL TOWLE |
| PLACE OF DEATH | ROCHESTER, NEW HAMPSHIRE |
| DOMESTIC STATUS | NEVER MARRIED/CIVIL UNION |
| SPOUSE'S/PARTNER'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | |
| SOCIAL SECURITY NUMBER | UNKNOWN |
| RESIDENCE | ROCHESTER, NEW HAMPSHIRE |
| PLACE OF DISPOSITION | GREAT BAY CREMATORY, NEWMARKET, NEW HAMPSHIRE |
| FINAL PLACE OF DISPOSITION | EXETER CEMETERY, EXETER, NEW HAMPSHIRE |
| DATE OF DISPOSITION | OCTOBER 09, 2023 |
| MANNER OF DEATH | NATURAL    FILE DATE OCTOBER 09, 2023 |
| CAUSE OF DEATH | APPROX INTERVAL: ONSET TO DEATH |
| a END STAGE LUNG CANCER | MONTHS |
| b | |
| c | |
| d | |
| OTHER SIGNIFICANT CONDITIONS | |
| DESCRIBE HOW INJURY OCCURRED | |
| DATE/TIME OF INJURY | |
| PLACE OF INJURY | |
| LOCATION OF INJURY | |
| NAME AND ADDRESS OF CERTIFIER | KEENAN M ALHOJERRY MD, 278 LAFAYETTE ROAD, PORTSMOUTH, NEW HAMPSHIRE 03801 |
| MARGINAL NOTES | |


4178619

I HEREBY CERTIFY THIS IS A TRUE COPY ISSUED FROM THE OFFICIAL RECORDS ON FILE AT THIS OFFICE AND SHALL BE RECEIVED AS EVIDENCE WITH THE SAME EFFECT AS THE ORIGINAL.

ATTEST: *Kelly Walters*   STATE/LOCAL REGISTRAR: *Kristin M. Kenniston*, State Registrar

DATE ISSUED: June 20, 2024   STATE/CITY/TOWN OF: ROCHESTER

This copy not valid without official vital record watermark, holographic seals, and displaying seal and signature of Registrar. It shall be unlawful for anyone to reproduce this certificate other than local or State Registrar.

VS-SP1

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE