IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
MICHELE TOWLE

Civil Case No. 1:21-cv-01772-RLY-TAB

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff and to File First Amended Short Form Complaint, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26496.]

IT IS THEREFORE ORDERED that: (1) Michael Towle as the personal representative, on behalf of the estate of the Decedent Michelle Towle, is substituted as Plaintiff in the above referenced action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 3/7/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.